**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  VERNON D. ACKRIDGE,                    Bankruptcy 17-13739-MDC
         Debtor                                              Chapter 13

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage d/b/a Champion Mortgage Company. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Kevin W. Lynch, Esquire (4904)
            PA Bar ID: 54832
            1240 N. Myrtlewood St.
            Philadelphia, PA 19121-4515
            (215) 821-9471
            (609) 220-7385

DOCUMENTS:    ☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

                  ☐ All documents and pleadings of any nature.

Date:  5/29/18                    Signature  _/s/ Kevin Lynch_