THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              *
    Vernon Ackridge        *        Chapter 13
                                    *
Debtor                          *        Case No: 17-13739 mdc

_____

**CERTIFICATION OF SERVICE**

  I hereby certify that true and correct copies of the Order Dismissing Case and Setting Deadline for Application for Allowance of Administrative Expenses Notice thereof and Order has been served upon the Debtor and all interested parties on July 20, 2018 by electronic mail on the Trustee and U.S. Trustee and all other parties by First class Mail.

Cc: William C. Miller, Trustee
    PO Box 1229
    Philadelphia, PA 19105

    U.S. TRUSTEE'S OFFICE
    833 Chestnut Street
    Suite 500
    Philadelphia, PA 19107

All Parties on Master Mailing List

                                                 BY: /s/ Michael P. Kutzer/
                                                     Michael P. Kutzer, Esquire
                                                     1420 Walnut Street Ste 1216
                                                     Philadelphia, PA 19102
                                                     215-687-6370