UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Vernon d. Ackridge | : | Chapter 13 |
| Debtor | : | |
| | : | Case No. 17-13739 mdc |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,000.00 |
| Total expense cost: | $ |
| Attorney fee already paid by Debtor: | $ 1,100.00 |
| Net amount to be paid by Trustee: | $ 2,900.00 |

The net amount is to be paid by the trustee to Michael P. Kutzer, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

September 5, 2018

_____
THE HONORABLE Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE